# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | |
|---|---|
| CR No: | **20-2031 KG** |
| USA vs.: | **GRANILLO** |
| Date: | **5/25/2021** |
| Name of Deft: | **ERASMO J. GRANILLO** |
| Before the Honorable: | **KENNETH J. GONZALES, UNITED STATES DISTRICT JUDGE** |
| Time In/Out: | **10:52 – 11:15 AM** |
| Total Time in Court (for JS10): | **23 MINUTES** |
| Clerk: | **CHRIS EUBANKS** |
| Court Reporter: | **DANNA SCHUTTE EVERETT** |
| AUSA: | **JONI STAHL** |
| Defendant's Counsel: | **STEPHEN HOSFORD FOR MARGARET STRICKLAND** |
| Sentencing in: | **LAS CRUCES** |
| Interpreter: | **N/A** |
| Probation Officer: | **JARED LUJAN** |
| Sworn? | **X** Yes / No |

| | | | | | |
|---|---|---|---|---|---|
| Convicted on: | **X** Plea | Verdict | As to: | Information | **X** Indictment |
| If Plea: | **X** Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | | |
| If Plea Agreement: | **X** Accepted | Not Accepted | No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | 3/11/2021 | | PSR: | **X** Not Disputed | Disputed |
| PSR: | **X** Court Adopts PSR Findings | | Evidentiary Hearing: | **X** Not Needed | Needed |
| Exceptions to PSR: | | | | | |

## SENTENCE IMPOSED

| | |
|---|---|
| Imprisonment (BOP): | **281 DAYS OR TIME SERVED, WHICHEVER IS LESS** |
| Supervised Release: | **2 YEARS** |
| Probation: | |

| 500-HOUR DRUG PROGRAM | BOP SEX OFFENDER PROGRAM | OTHER: |
|---|---|---|

| Court recommends ICE begin removal proceedings immediately or during service of sentence | **X** ICE not applicable |
|---|---|

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ____ months ____ days |
| | Comply with ICE laws and regulations | | Community service for ____ months ____ days |
| **X** | Participate in/successfully complete subst abuse program/testing shall not exceed more than 60 tests per year | | Reside halfway house for ____ months ____ days |
| **X** | Participate in/successfully complete mental health program | | Register as sex offender |
| **X** | Refrain from use/possession of alcohol shall not exceed more than 4 tests per day | | Participate in sex offender treatment program |
| **X** | Submit to search of person/property | | Possess no sexual material |
| | No contact with co-deft(s)/co-conspirator(s) | | No computer with access to online services |
| | No entering or loitering near victim's residence | | No contact with children under 18 years |
| **X** | Provide financial information | | No volunteering where children supervised |
| **X** | Grant limited waiver of confidentiality | | Restricted from occupation with access to children |
| | Participate in an educational or vocational program | | No loitering within 100 feet of school yards |
| **X** | Refrain from the use and possession of synthetic cannabinoids or other legally sold designer drugs | **X** | Not possess, sell, offer for sale, transport, cause to affect interstate commerce, import, or export any drug paraphernalia |

**OTHER:**

| | | | |
|---|---|---|---|
| Fine: | $ | Restitution: | $ |
| SPA: | $ 100.00  ($100) as to each Count | Payment Schedule: | **X** Due Imm. / Waived |
| OTHER: | DEFENDANT IS SUBJECT TO THE JUSTICE FOR VICTIMS OF TRAFFICKING ACT OF 2015, WHICH REQUIRES THE COURT TO ASSESS AN AMOUNT OF $5,000 ON ANY NON-INDIGENT PERSON OR ENTITY CONVICTED OF AN OFFENSE UNDER 18 U.S.C. CHAPTERS 77, 109A, 110, 117; OR SECTION 274 OF THE IMMIGRATION AND NATIONALITY ACT (8 U.S.C. SEC. 1324). THE COURT FINDS THE DEFENDANT IS INDIGENT AND WILL NOT BE REQUIRED TO PAY THE $5,000 ASSESSMENT. | | |

| | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement |
|---|---|---|---|

| X | Held in Custody | | Voluntary Surrender |
|---|---|---|---|
| | Recommended place(s) of incarceration: | | |
| | Dismissed Counts: | | |
| OTHER COMMENTS: | | | COURT ADDRESSES THE DEFENDANT REGARDING WAIVER OF PERSONAL APPEARANCE; DEFENDANT SIGNED WAIVER AND AGREES TO PROCEED VIA VIDEO CONFERENCING. DEFENSE COUNSEL ADDRESSES THE COURT AND ASKS FOR A TIME SERVED SENTENCE. COURT INQUIRES AS TO ANY TERM OF SUPERVISION. USPO LUJAN RESPONDS. DEFENSE COUNSEL RESPONDS. GOVERNMENT RESPONDS AND HAS NO OBJECTION TO A LOW-END SENTENCE WITH A TERM OF 3 YEARS SUPERVISED RELEASE. DEFENDANT ALLOCUTES. |