# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable **KEVIN R. SWEAZEA**

CRIMINAL CLERK'S MINUTES at Las Cruces
**(VIA ZOOM VIDEO CONFERENCE)**

| | | | | | |
|---|---|---|---|---|---|
| Case Number: | **CR 20-2031 KG** | Date: | **11/22/2021** | Recording Information: | **LCR SIERRA BLANCA** |
| Clerk: | **V. RUIZ** | Type of Hearing: | | | **INITIAL APPEARANCE-REVOCATION** |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **ERASMO J. GRANILLO** | **DAVID BENATAR, AFPD STANDING IN** | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

| | | | |
|---|---|---|---|
| Assistant U.S. Attorney: | **KRIS JARVIS** | Interpreter: | **N/A** |
| Probation Officer: | **LAURA GARIBAY** | Court in Session: | **9:51 a.m.-9:59 a.m. (8 min)** |

| | |
|---|---|
| ☐ | Agent sworn in open Court |
| ☒ | Court questions Defendant regarding his/her physical and mental condition, age, education |
| ☒ | Court advises Defendant(s) of possible penalties and all constitutional rights |
| ☒ | ORAL Motion for Detention Hearing by Government |
| ☒ | Court grants ☒ Government's ☐ Defense counsel's oral motion to continue detention hearing |
| ☐ | Waiver of show cause/detention hearing; Matter referred to the District Judge for a Disposition Hearing |
| ☒ | Defendant in custody |
| ☐ | Conditions of Release continued on Page 2 |
| ☒ | Other: DEFENDANT MOVES FOR DETENTION HEARING TODAY; GOVERNMENT REQUESTS CONTINUANCE; COURT WILL SET SHOW CAUSE/DETENTION ON 11/24 AT 9 A.M. |